# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

IN RE:                              )     Case No.: 17-55705

ANTHONY C. HARRISON      )

                                   )     Chapter: 13

Debtor(s)

## MOTION FOR CASE RECONSIDERED

To whom it may concern, I, Anthony C. Harrison would like to continue and to please have my case Reopened. I was submitting my payments up until August - Sept. I was mentally unstable due to the fact that I lost my brother in June and had to pay towards the funeral. I also around the same time (Oct - Nov) found out my fiancé was diagnosed with cancer. Even after all this devastation, I was trying to make a payment, on November with a money order through USAA. USAA whom I bank with, with-held $100 of the $400 payment in turn the payment to the trustee was Rejected. My lawyer contacted me on December 21, and told me to go make a payment ASAP that morning because my case could be dismissed that day. I got a money order for $444⁰⁰ and went to the trustee office. I contacted my lawyer prior to entering the building only to find out my case was dismissed. Please Reconsider.

Dated: 12/31/18       Signature: /s/ Anthony C. Ha——

Printed Name: ANTHONY C. HARRISON

Address: 617 FALCONS RIDGE
McDONOUGH GA 30253

Phone: 404-438-5960

FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
2018 DEC 31 PM 12:34
M. Regina Thomas, Clerk
By: Alexis _____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Anthony C. Harrison )            Case No: 17-55705
                                                          )            Chapter 13
                                                          )
                                                          )
Debtor(s)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 31 day of December, 2018, I served a copy of

Motion of Case Reconsideration

which was filed in this bankruptcy matter on the 31 day of December, 2018.

---

Mode of service (check one):   ◯ MAILED    ☒ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

Melissa J. Davey
Standing Ch. 13 Trustee
260 Peachtree Street NW
Atlanta GA 30303 (suite 200)
678-510-1444

1st Choice Credit Union
315 Auburn Ave NE
Atlanta GA 30303

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: December 31, 2018

Signature: _____

Printed Name: Anthony C. Harrison

Address: 617 Falcons Ridge
McDonough GA 30253

Phone: 404-438-5960

(Generic Certificate of Service – Revised 4/13)